Joseph C. Gioconda
Jonathan A. Malki
The GIOCONDA LAW GROUP PLLC
One Penn Plaza, 36th Floor
New York, New York 10119-0002
Telephone:  (212) 786-7549
Facsimile:  (888) 697-9665
Joseph.Gioconda@GiocondaLaw.com

Joseph Ferrucci
BROWN & CHARBONNEAU, LLP
420 Exchange, Suite 270
Irvine, California 92602-1347
Telephone:  (714) 505-3000
Facsimile:  (714) 505-3070
JFerrucci@bc-llp.com

Attorneys for Plaintiffs
SHERRI HILL and
SHERRI HILL, INC.

# UNITED STATES DISTRIT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HILL, AN INDIVIDUAL, and SHERRI HILL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NOX ANABEL, INC.,<br><br>Defendant. | Case No. CV 10-5871 GHK (JCGx)<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT.** |

///
///
///
///

**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER**

1

The Stipulation for Protective Order, executed by the parties on December 3, 2010, through their respective counsel, and filed on December 30, 2010, and as modified by the Court is hereby approved and entered as an Order of this court.

Dated: January 4, 2011

_____
Honorable Jay C. Gandhi
U.S. MAGISTRATE JUDGE